**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICAN MOISTURE CONTROL,
INC.,
d/b/a Stuart & Prior,
                     Plaintiff,

-vs-                                                Case No. 6:06-cv-1908-Orl-28KRS

DYNAMIC BUILDING RESTORATION,
LLC,
SOUTHWIND CONDOMINIUM
ASSOCIATION, INC.,
SEA COAST GARDENS 2 MANAGEMENT
RENTAL, INC. ,
COLONY BEACH CLUB,
                     Defendants.
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT DYNAMIC (Doc. No. 74)**
>
> **FILED:** **September 10, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On July 24, 2007, I ordered Defendant Dynamic Building Restoration, LLC (Dynamic) to serve sworn responses to the first set of interrogatories and produce documents responsive to requests for production of documents served on it by Plaintiff American Moisture Control, Inc. d/b/a Stuart & Prior (American) on or before August 10, 2007. Doc. No. 66. American brings the present motion alleging that Dynamic did not provide sufficient responses as required by my order. It asks that I again compel

Dynamic to supplement its responses to interrogatories and make a diligent effort to locate and produce all responsive e-mails and electronically stored documents.

Dynamic has not responded to the present motion, and the time for doing so has passed. Accordingly, I consider the motion to be unopposed.

It is **ORDERED** that, on or before October 8, 2007, Dynamic shall serve sworn supplemental answers to American's interrogatories. The answers shall be in narrative form and may not simply reference documents produced in discovery. It is further **ORDERED** that, on or before October 8, 2007, Dynamic shall produce for inspection and copying all documents responsive to the request for production of documents in its possession, custody or control. If it has no further responsive documents, it shall so state in a supplemental response served on or before October 8, 2007.

The Clerk of Court shall serve a copy of this Order on Dynamic Building Restoration, LLC, 120 Arrandale Boulevard, Exton, PA 19341. The Clerk of Court shall also reflect in the docket of the case that this is the address of record for service on Dynamic.

**Dynamic is cautioned that failure to comply with this Order may result in imposition of sanctions, including entry of a default against it which would preclude it from further defending itself in this case.** *See* **Fed. R. Civ. P. 16(f).**

**DONE** and **ORDERED** in Orlando, Florida on September 27, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties