# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AMERICAN MOISTURE CONTROL,
INC.,
d/b/a Stuart & Prior,

                Plaintiff,

-vs-                                                Case No. 6:06-cv-1908-Orl-28KRS

DYNAMIC BUILDING RESTORATION,
LLC,
SOUTHWIND CONDOMINIUM
ASSOCIATION, INC.,
SEA COAST GARDENS 2
MANAGEMENT RENTAL, INC. ,
COLONY BEACH CLUB,

                Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** THE SOUTHWIND CONDOMINIUM ASSOCIATION, INC.'S, MOTION TO COMPEL DISCOVERY RESPONSES AND REQUEST FOR SANCTIONS AGAINST DEFENDANT, DYNAMIC BUILDING RESTORATION, LLC (Doc. No. 90)
>
> **FILED:** October 11, 2007
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant Southwind Condominium Association, Inc. (Southwind) seeks an order compelling Defendant Dynamic Building Restoration, LLC (Dynamic) to respond to its First Request for Production of Documents to Defendant Dynamic and its First Set of Interrogatories to Defendant

Dynamic. Southwind represents that these discovery requests were served on or about August 31, 2007, and that Dynamic had not responded to them as of the date that the motion was filed. Southwind also requests an award of the reasonable attorney's fees and costs it incurred in bringing the present motion.

Dynamic had not responded to the motion as of the writing of this order, and the time for doing so has passed. *See* Doc. No. 42 at 5 & n.2 (requiring that a party opposing a written motion file a memorandum in opposition eleven days after being served with the motion, plus three days for mailing). Accordingly, I consider the motion to be unopposed.

It is, therefore, **ORDERED** that, on or before November 9, 2007, Dynamic shall serve sworn answers to Southwind's First Set of Interrogatories to Defendant Dynamic and produce documents responsive to Southwind's First Request for Production of Documents to Defendant Dynamic for inspection and copying. All objections to these discovery requests, other than privileges and protections, have been waived by failure to assert them in timely responses to these discovery requests. To the extent that Dynamic contends that responsive information is privileged or protected, it is further **ORDERED** that Dynamic shall serve, on or before November 9, 2007, a privilege log in the form required by my standing order on privilege logs. *See United States District Court, Middle District of Florida,* http://www.flmd.uscourts.gov – Judicial Info – The Honorable Karla R. Spaulding – Standing Orders.

Federal Rule of Civil Procedure 37(a)(4) provides that if a motion to compel a party to respond to discovery requests is granted, the Court shall award reasonable expenses, including attorney's fees, incurred by the movant unless the opposing party's position was substantially justified or other

circumstances make an award of expenses unjust. Dynamic has made no showing that its failure to provide the requested discovery was substantially justified or that other circumstances make an award of expenses unjust. Accordingly, it is **ORDERED** that, on or before November 9, 2007, Dynamic shall pay to counsel for Southwind the sum of $500.00 to reimburse Southwind, in part, for the attorney's fees and costs it incurred in filing the present motion.

**DONE** and **ORDERED** in Orlando, Florida on October 26, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties