UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AMERICAN MOISTURE CONTROL, INC.,**
d/b/a Stuart & Prior,
            **Plaintiff,**

-vs-                                        Case No. 6:06-cv-1908-Orl-28KRS

**DYNAMIC BUILDING RESTORATION,
LLC,
SOUTHWIND CONDOMINIUM
ASSOCIATION, INC.,
SEA COAST GARDENS 2
MANAGEMENT RENTAL, INC.,
COLONY BEACH CLUB,**
            **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Rule 37 Motion to Strike Answer of and Enter Default Judgment Against Defendant Dynamic (Doc. No. 111) filed March 14, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 16, 2008 (Doc. No. 112) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.   Plaintiff's Rule 37 Motion to Strike Answer of and Enter Default Judgment Against Defendant Dynamic (Doc. 111) is **GRANTED in part** and **DENIED in part**. The Answer of Defendant Dynamic Building Restoration Control, LLC ("Dynamic") is hereby **STRICKEN**. The Clerk is directed to enter a default against Dynamic.

Plaintiff's request to enter a default judgment against Dynamic is **DENIED**. The Court notes that although the Magistrate Judge recommended Plaintiff have thirty days to file its motion for default judgment, Plaintiff filed its motion for default judgment against Dynamic (Doc. 113) on April 23, 2008. To the extent Plaintiff wishes to supplement its motion for default judgment in accordance with the parameters outlined in the Report and Recommendation, it may do so within eleven (11) days from the date of this Order.

Plaintiff's request to award its costs pursuant to Rule 37(b)(2) is **GRANTED**. Plaintiff is directed to substantiate its request for fees and costs in its motion for default judgment against Dynamic. If Plaintiff has not already done so, it may include this substantiation in its supplement to be filed no later than eleven (11) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6 day of May, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party