# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AMERICAN MOISTURE CONTROL, INC.,
d/b/a Stuart & Prior,
                       **Plaintiff,**

-vs-                                                      **Case No.  6:06-cv-1908-Orl-28KRS**

DYNAMIC BUILDING RESTORATION,
LLC,
SOUTHWIND CONDOMINIUM
ASSOCIATION, INC.,
SEA COAST GARDENS 2
MANAGEMENT RENTAL, INC. ,
COLONY BEACH CLUB,
                       **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Renewed Motion for Default Judgment as to Defendant Sea Coast (Doc. No. 108) filed February 4, 2008, and Plaintiff's Motion for Default Judgment as to Defendant Dynamic (Doc. No. 113) filed April 23, 2008.  The United States Magistrate Judge has submitted a report recommending that the motions be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed August 6, 2008 (Doc. No. 121) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Plaintiff's Renewed Motion for Default Judgment as to Defendant Sea Coast (Doc. No. 108) and Plaintiff's Motion for Default Judgment as to Defendant Dynamic (Doc. No. 113) are **GRANTED in part.**

3.      Dynamic Restoration Building, Inc. is liable to Plaintiff in the amount of $895,305.77, with prejudgment interest calculated from December 18, 2006, at the Florida statutory rate.

4.      Sea Coast Gardens 2 Management Rental, Inc. is liable to Plaintiff, jointly and severally with Dynamic Restoration Building, Inc., in the amount of $216,321.95, with prejudgment interest calculated from December 18, 2006, at the Florida statutory rate.

5.      Dynamic Restoration Building, Inc. is liable to Plaintiff for attorneys' fees in the amount of $882.00.

6.      The Clerk is directed to enter judgments consistent with this order and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___2___ day of ~~August~~ Sept, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-